158 A.3d 20

THERESA TRIOLA, PETITIONER–APPELLANT, v. BOARD
OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT
SYSTEM, RESPONDENT–RESPONDENT.

April 5, 2017

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.